151 A.3d 87

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF-RESPONDENT, v. P.D., DEFENDANT-PETI-TIONER.IN THE MATTER OF S.D., A MINOR-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002038-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.